# UNITED STATES DISTRICT COURT

for the
DISTRICT OF ARIZONA

**Mida Roberts**

*Plaintiff*

v.

**Trans Union, LLC; Wells Fargo Bank, N.A.; Credit One Bank; Capital One Bank (USA), N.A.; Experian Information Solutions, Inc.; Equifax Information Services, LLC**

*Defendant*

)
)
)
)
)   Civil Action No. 2:24-cv-01126-SMB
)
)
)
)

## AFFIDAVIT OF SERVICE

I, Don Taylor, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Credit One Bank in Clark County, NV on May 23, 2024 at 10:56 am at 6801 South Cimarron Road, Las Vegas, NV 89113 by leaving the following documents with Melissa Renderos Carias who as Paralegal is authorized by appointment or by law to receive service of process for Credit One Bank.

Summons
Complaint
Preliminary Order
Cover Sheet
MJ Form

Additional Description:
Paralegal Melissa Renderos Carias accepted docs by hand delivery at front reception desk.

Hispanic or Latino Female, est. age 25-34, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".

Geolocation of Serve: https://google.com/maps?q=36.0414854,-115.1539534
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Clark County_____,

___NV____ on ___5/24/2024_____.

/s/ *Don Taylor*
_____
Signature
Don Taylor
+1 (480) 289-0770

